I concur in the majority's analysis and dispostion of appellant's second assignment of error. I further concur in the majority's disposition of appellant's first assignment of error. However, unlike the majority, I believe the record contains sufficient evidence of breach of duty to survive summary judgment. Nevertheless, I agree with the majority the record is insufficient to establish the damages caused by the possible breach of that duty.
________________________________
 _______________________________ JUDGE WILLIAM B. HOFFMAN
JUDGMENT ENTRY
CASE NO. 998CAE-11-058
For the reasons stated in the Memorandum-Opinion on file, the judgment of the Court of Common Pleas of Delaware County, Ohio, is affirmed. Costs to appellant.
______________________________
______________________________
______________________________
JUDGES